GUSTAV H. POPPENBERG, Appellant, *v.* R. M. OWEN AND COMPANY, Respondent.

*Poppenberg* v. *Owen & Co.*, 165 App. Div. 946, affirmed.
(Argued May 24, 1917; decided June 12, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1914, affirming a judgment in favor of defendant entered upon a verdict. This action was

brought to recover upon certain written contracts in and by the terms of which the plaintiff was given the exclusive right to sell certain motor cars known as the Reo cars of various styles within a portion of the state of New York. The defendant claimed damages by way of counterclaim for failure on the part of the plaintiff to take all of the cars alleged to have been purchased in the contracts.

*Adelbert Moot* and *Frank Gibbons* for appellant.

*Hamilton Ward* and *Irving W. Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.